UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANTANA HARPER,<br><br>Defendant.<br>_____/ | Case: 2:25-cr-20134<br>Assigned To : Goldsmith, Mark A.<br>Referral Judge: Stafford, Elizabeth A.<br>Assign. Date : 3/6/2025<br>Description: IND SEALED MATTER (SS)<br><br>Violations: 18 U.S.C. § 922(o) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 922(o)
*Illegal Possession of a Machinegun*

On or about August 24, 2024, in the Eastern District of Michigan, Southern Division, the defendant, SANTANA HARPER, knowingly possessed a machinegun, that is one Glock 19, 9mm caliber pistol equipped with a Glock conversion switch; in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

1

## FORFEITURE ALLEGATION
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18 United States Code Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, Defendant SANTANA HARPER shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offense, including but not limited to: one Glock 19, 9mm caliber pistol equipped with a Glock conversion switch and 9mm caliber ammunition.

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

Julie A. Beck
Acting United States Attorney

*s/Craig Wininger*
Craig Wininger
Chief, Violent and Organized Crime Unit

*s/Nicholas McIntyre*
Nicholas McIntyre
Assistant United States Attorney

Dated: March 6, 2025

| United States District Court<br>Eastern District of Michigan | Criminal Case Co[ver Sheet] | Case: 2:25-cr-20134<br>Assigned To : Goldsmith, Mark A.<br>Referral Judge: Stafford, Elizabeth A.<br>Assign. Date : 3/6/2025<br>Description: IND SEALED MATTER (SS) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it ac[curately]

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials: *s/N.M* |

**Case Title:** USA v. Santana Harper

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment – no prior complaint.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

**Reason:** 

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

_____March 6, 2025_____   /s/ Nicholas McIntyre
Date

Nicholas McIntyre
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Nicholas.McIntyre@usdoj.gov
(313) 226-9611
Bar #:P78756

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.